**Electronically Filed
Intermediate Court of Appeals
CAAP-18-0000487
14-MAR-2024
08:37 AM
Dkt. 129 ODMR**

NO. CAAP-18-0000487

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI‘I

WALTER L. WAGNER, Plaintiff-Appellant,
v.
WORLD BOTANICAL GARDENS, INC., Defendant-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CASE NO. 3CC041000232)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Wadsworth, Presiding Judge, Nakasone and Guidry, JJ.)

Upon consideration of Plaintiff-Appellant Walter L.

Wagner's (**Wagner**) "Appellant's [Hawai‘i Rules of Appellate

Procedure (**HRAP**)] Rule 40 Motion for Reconsideration" (**Motion

for Reconsideration**) filed on March 9, 2024, it appears that:

(1) Wagner moves for reconsideration of the court's

Summary Disposition Order, filed on February 29, 2024;

(2) The Motion for Reconsideration presents no point of law or material fact that this court overlooked or misapprehended.  <u>See</u> HRAP Rule 40(b).

Therefore, IT IS HEREBY ORDERED that the Motion for Reconsideration is denied.

DATED: Honolulu, Hawai'i, March 14, 2024.

/s/ Clyde J. Wadsworth
Presiding Judge

/s/ Karen T. Nakasone
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge